June 7, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD BOOKER | CIVIL ACTION |
| VERSUS | NO. 11-1983 |
| MARLIN N. GUSMAN | SECTION "A"(1) |

**ORDER**

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date of the motion. No memoranda in opposition to Defendant's **Motion for Summary Judgment (Rec. Doc. 14)**, submitted for hearing on June 6, 2012, has been submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

Accordingly;

**IT IS ORDERED** that Defendant's **Motion for Summary Judgment (Rec. Doc. 14)** is **GRANTED**.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with

the motion, including attorney's fees, may be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16.

* * * * * * * *

/s/ Jay C. Zainey